

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION TO REINSTATE

| | |
|---|---|
| Appellate case name: | Ahmed Zidan v. Alexander Zidan, Individually and Derivatively on Behalf of Prime United Petroleum Holding Company, LLC, 211 HWY 332 Kwik Kar, LLC and 401 Legacy Car Wash |
| Appellate case number: | 01-19-00140-CV |
| Trial court case number: | 2018-59233 |
| Trial court: | 165th District Court of Harris County |
| Date motion filed: | October 23, 2020 |
| Party filing motion: | Appellant |

On October 15, 2020, we abated this appeal to allow the trial court with dominant jurisdiction to continue, unimpeded by the suit in Harris County. On October 23, 2020, appellant filed a motion for rehearing. On November 17, 2020, appellee filed a response to appellant's motion for rehearing. We interpret appellant's motion as a motion to reinstate. Appellant's motion to reinstate is **denied**.

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
              ☑ Acting individually    ☐ Acting for the Court

Date:    December 15, 2020